IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| QUEEN AKHENATEN II MONTGOMERY BEY,<br>          Plaintiff,<br><br>v.<br><br>JULI LUKE,<br>          Defendant. | §<br>§<br>§<br>§<br>§   CIVIL CASE NO. 3:24-CV-1810-E-BK<br>§<br>§<br>§<br>§ |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court has reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED this 3rd day of October, 2024.

*[signature]*

Ada Brown
UNITED STATES DISTRICT JUDGE